```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                    CASE NO. 08-60034-CIV-ZLOCH
```

JEANETTE PARKER,

      Plaintiff,

                                          **O R D E R**

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY,

      Defendant.
_____/

      THIS MATTER is before the Court upon Defendant Hartford Life And Accident Insurance Company's Motion To Continue Pre-Trial Conference (DE 22) and Plaintiff Jeanette Parker's Unopposed Motion For Extension To Respond (DE 24).  The Court has carefully reviewed said Motions and the entire court file and is otherwise fully advised in the premises.

      Accordingly, after due consideration, it is

      **ORDERED AND ADJUDGED** as follows:

      1. Defendant Hartford Life And Accident Insurance Company's Motion To Continue Pre-Trial Conference (DE 22) be and the same is hereby **GRANTED**;

      2. The above-styled cause is hereby **RESET** for Pre-Trial Conference on November 7, 2008, at 9:30 a.m. at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida.;

      3. No other deadline in the Court's prior Order Setting Pre-Trial Conference (DE 20) is affected by the instant Order;

4. Plaintiff Jeanette Parker's Unopposed Motion For Extension To Respond (DE 24) be and the same is hereby **GRANTED**; and

5. Plaintiff Jeanette Parker shall file her response to Defendant's Motion For Summary Judgment (DE 21) by noon on Thursday, September 18, 2008.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this    8th    day of September, 2008.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel of Record